(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>District of Utah<br>01-28966GEC | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>SHROUT, Winston J. | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>SHROUT, Elissa J. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>410 S 400 E<br>St. George, UT 84770 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>410 S 400 E<br>St. George, UT 84770 |
| County of Residence or of the<br>Principal Place of Business:   WASHINGTON | County of Residence or of the<br>Principal Place of Business:   WASHINGTON |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☑ Individual(s)        ☐ Railroad
☐ Corporation          ☐ Stockbroker
☐ Partnership          ☐ Commodity Broker
☐ Other _____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☑ Chapter 7     ☐ Chapter 11     ☐ Chapter 13
☐ Chapter 9    ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☑ Consumer/Non-Business        ☐ Business

**Filing Fee** (Check one box)
☑ Full Filing Fee Attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B Davis



0128966D1

# DANIEL R. ROBISON
ATTORNEY AT LAW*

923 S. River Road, Suite 201
St. George, Utah 84790

PHONE: (435) 656-3227   FAX: (435) 656-3305
E-mail: danrobison@hotmail.com

*ALSO LICENSED TO PRACTICE IN IDAHO

---

June 18, 2001

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
350 South Main Street
Salt Lake City, UT 84101

**01-28966EE**

## RE: SHROUT, Winston & Elissa, Chapter 7 Filing and Fee

You will find enclosed the following items regarding the Chapter 7 filing:

- ✓ Mailing Matrix with Verification (Original)
- ✓ $200 Filing Fees
- ✓ Disclosure of Atty. Compensation (Original)
- ✓ Petition (Original and 2 Copies)
- ✓ Statement of Affairs (Original and 2 Copies)
- ✓ Schedules A through J (Original and 2 Copies)
- ✓ Perjury Statement (Original and 2 Copies)
- ✓ Statement of Intention (Original and 2 Copies)

Please file these documents. I am enclosing an extra copy of the Petition for file stamping and return to my office.

If you have any questions, feel free to contact this office.

Sincerely,

DANIEL R. ROBISON
Attorney at Law

enclosures